Eric Berg [SBN 121195]
Cathrine Burns, [SBN: 88735]
Orien Nelson [SBN 278120]
**LAW OFFICES OF BERG AND ASSOCIATES, INC.**
5000 Bechelli Lane, Suite 201
Redding, CA 96002
Tel: (530) 223-5100
Fax: (530) 223-5200

Attorney for Defendant
JOHN LEITHMANN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE UNITED STATES OF AMERICA, | Case No. 2:14-CR-00055 GEB |
| Plaintiff, | **WAIVER OF DEFENDANT'S PERSONAL PRESENCE** |
| v. | DATE: March 13, 2014 |
| JOHN LEITHMANN, | TIME: 2:00 p.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, the defendant, John Leithmann, having been advised of his right to be present at all stages of the proceedings, including, but not limited to, arraignment, hereby waives the right to be present in person in open court for arraignment. The undersigned defendant has been charged by information. Mr. Leithmann affirms that he has received a copy of the information and that he wishes to plead not guilty and request a jury trial. Mr. Leithmann acknowledges that he has been informed of the charges, the penalties provided by law, and of his rights in this matter. He seeks to waive his appearance in

this matter because he lives in Arizona under pretrial services supervision and has already traveled to California for his initial appearance on the complaint, which addresses the same crime. He also appeared on the complaint in the District of Arizona. He was informed by the Court of his rights and the charges at each of those appearances. He asks the Court to accept this waiver and proceed in his absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

Finally, the defendant acknowledges that he has been informed of his right to be indicted in this case, and that he seeks to waive his right to indictment through his attorney. He has signed the waiver of indictment form that will be presented in Court. He consents to prosecution by information.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: March 11, 2014

                                                /s/
                                                JOHN LEITHMANN
                                                Original retained by attorney

//

//

//

//

I agree with and consent to my client's waiver of appearance. I have provided him with a copy of the information and discussed his rights, the charges, and the statutory penalties with him. I have discussed with him his right to be prosecuted by indictment. I concur with his decision to waive his appearance, waive indictment, and be arraigned without his personal appearance.

Dated: March 11, 2014

Respectfully submitted,

/s/
ORIEN NELSON
Attorney for Defendant
JOHN LEITHMANN

### ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court accepts John Leithmann's waiver of appearance at arraignment.

Dated: March 13, 2014.

HON. DALE A. DROZD
United States Magistrate Judge