1   BENJAMIN B. WAGNER
    United States Attorney
2   MICHAEL D. McCOY
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7



FILED

APR 16 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

8

9                 IN THE UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,            CASE NO.  2:14-CR-0055 GEB

                          Plaintiff,      STIPULATION REGARDING EXCLUDABLE
14                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
                      v.                  [PROPOSED] FINDINGS AND ORDER
15
     JOHN RICHARD LEITHMANN,              DATE: April 17, 2014
16                                        TIME: 9:00 a.m.
                          Defendant.      COURT: Hon. Garland E. Burrell, Jr.
17

18

19                             **STIPULATION**

20        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

21   through defendant's counsel of record, hereby stipulate as follows:

22        1.      By previous order, this matter was set for status on April 17, 2014.

23        2.      By this stipulation, defendant now moves to continue the status conference until May 15,

24   2015, and to exclude time between April 17, 2014, and May 15, 2015, under Local Code T4.

25        3.      The parties agree and stipulate, and request that the Court find the following:

26        a)      The parties have been involved in plea negotiations, and the Government has

27   recently extended a formal plea offer to the defendant.  Defense counsel needs additional time to

28   reevaluate the discovery previously provided by the Government, review the formal plea

STIPULATION REGARDING EXCLUDABLE TIME            1
PERIODS UNDER SPEEDY TRIAL ACT

1    agreement with the defendant, and make recommendations to the defendant regarding acceptance

2    or rejection of the offer.  If the defendant decides to enter into the plea agreement, defense

3    counsel will need additional time to prepare the defendant for a change of plea hearing.

4            b)      Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny him the reasonable time necessary to review the Government's formal

6    plea offer with the defendant, and to effectively prepare for a possible change of plea, taking into

7    account the exercise of due diligence.

8            c)      The government does not object to the continuance.

9            d)      Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12           e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of April 17, 2014 to May 15, 2015,

14   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

15   because it results from a continuance granted by the Court at defendant's request on the basis of

16   the Court's finding that the ends of justice served by taking such action outweigh the best interest

17   of the public and the defendant in a speedy trial.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION REGARDING EXCLUDABLE TIME       2
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6

7  Dated: April 14, 2015                    BENJAMIN B. WAGNER
                                            United States Attorney

8
                                            /s/ MICHAEL D. McCOY
9                                           MICHAEL D. McCOY
                                            Assistant United States Attorney
10

11
  Dated: April 14, 2015                     /s/ MICHAEL FANNON
12                                          (e-mail authorization to sign)
                                            MICHAEL FANNON
13                                          Counsel for Defendant
                                            John Richard Leithmann
14

15

16

17
                    **[PROPOSED] FINDINGS AND ORDER**

18  IT IS SO FOUND AND ORDERED this *16th* day of *April* , 2015.

19

20
                                    THE HONORABLE GARLAND E. BURRELL, JR.
21                                  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME          3
PERIODS UNDER SPEEDY TRIAL ACT