UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN RICHARD LEITHMANN,<br><br>        Defendant. | No. 2:14-cr-00055-GEB<br><br>**ORDER** |

        At the sentencing hearing held on July 31, 2015, I neglected to sentence Defendant concurrently on each count, which was my intention. This failure constitutes a clear error under Federal Rule of Criminal Procedure 35(a), and therefore, this portion of the judgment shall read as follows:

> Pursuant to the Sentencing Reform Act of 1984, IT IS THE JUDGMENT OF THE COURT that the defendant, JOHN RICHARD LEITHMANN, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 37 months on each of Counts 2 and 3, to be served concurrently, for a total term of 37 months.

Dated: August 4, 2015

                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge